IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIE B. LANIER,
    Plaintiff,

vs.                                      Case No. 3:17cv312/LAC/EMT

STATE OF FLORIDA, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 12, 2018 (ECF No. 5). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's claims are **DISMISSED** without prejudice pursuant to 28

U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE AND ORDERED** this 19th day of July, 2018.

                    s/*L.A. Collier*
                **LACEY A. COLLIER**
                **SENIOR UNITED STATES DISTRICT JUDGE**